B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Derrick James Gipsen,**
      **Kathryn Lynne Gipson**

                    Debtors

Case No.    **11-50372**

Chapter        **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 16,377.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,590.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 56,661.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,471.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,693.25 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 16,377.00 | | |
| Total Liabilities | | | | 59,251.96 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Derrick James Gipsen,**
**Kathryn Lynne Gipson**

_____,
Debtors

Case No. ___**11-50372**_____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 20,450.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 20,450.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,471.00 |
| Average Expenses (from Schedule J, Line 18) | 2,693.25 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,705.77 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 56,661.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 56,661.96 |

B6F (Official Form 6F) (12/07)

In re    **Derrick James Gipsen,**                                          Case No.    __11-50372__
         **Kathryn Lynne Gipson**
                                                            ,
                                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6884** <br><br> **Asset Acceptance, LLC** <br> **P.O. Box 2036** <br> **Warren, MI 48090** | | J | **2010** <br> **Charge Account** | | | | 374.41 |
| Account No. **xxxxxxx6394** <br><br> **Bank of America** <br> **Attn: Bankruptcy** <br> **14366 Warwick Blvd.** <br> **Newport News, VA 23602** | | H | **12/2010** <br> **Overdraft Fees** | | | | 93.12 |
| Account No. **xxxx7273** <br><br> **Baystate Gas-Brockton** <br> **PO Box 67015** <br> **Harrisburg, PA 17106** | | H | **Opened 12/01/09** <br> **Re: West Bay Acquisitions** | | | | 53.00 |
| Account No. **xxx5897** <br><br> **Bonneville Billing** <br> **1186 E 4600 S Ste 100** <br> **Ogden, UT 84403** | | J | **Opened  8/01/08** <br> **Re: Rocky Mountain Power** | | | | 92.00 |

| | | |
|---|---|---|
| __15__  continuation sheets attached | Subtotal <br> (Total of this page) | 612.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick James Gipsen,**　　　　　　　　　　　　　　Case No. ___**11-50372**___
　　　　**Kathryn Lynne Gipson**

_____,
                                    Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6056**<br><br>**CBCS**<br>**PO Box 164089**<br>**Columbus, OH 43216** | | J | **Opened  2/01/10**<br>**Re: Physician Associates, PC** | | | | 126.00 |
| Account No. **xxxxxxxxxxx3676**<br><br>**Central Professional Services**<br>**801 Sunnyside Drive**<br>**Cadillac, MI 49601** | | J | **Opened  9/01/06**<br>**Re: Sparrow Roges Womens Center** | | | | 145.00 |
| Account No. **xxxxxxxx1100**<br><br>**Crawley & Crawley Real Estate**<br>**901 N. Armistead Avenue**<br>**Hampton, VA 23669** | | J | **9/8/2008**<br>**Judgment in Hampton General District Court**<br>**GV0801281100** | | | | 450.00 |
| Account No. **xxxxxx0528**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | **Opened  6/01/10**<br>**Re: Riverside Regional** | | | | 1,058.00 |
| Account No. **xxxxxx2063**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | **Opened  8/01/10**<br>**Re: Riverside Regional** | | | | 848.00 |

Sheet no. _**1**___ of _**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)　　　2,627.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
**Kathryn Lynne Gipson**

Case No. ___**11-50372**___

_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8617**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  1/01/10<br>Re: Riverside Regional | | | | 698.00 |
| Account No. **xxxxxx0833**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  8/01/10<br>Re: Riverside Regional | | | | 598.00 |
| Account No. **xxxxxx0845**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  8/01/09<br>Re: Riverside Regional | | | | 503.00 |
| Account No. **xxxxxx0787**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  7/01/10<br>Re: Riverside Emergency Physicians | | | | 368.00 |
| Account No. **xxxxxx1196**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  7/01/10<br>Re: Riverside Emergency Physicians | | | | 368.00 |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,535.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick James Gipsen,**
**Kathryn Lynne Gipson**

Case No.   **11-50372**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1346**  Credit Control Corp 11821 Rock Landing Drive Newport News, VA 23606 | | J | Opened 10/01/09 Re: Riverside Emergency Physicians | | | | 350.00 |
| Account No. **xxxxxx2588**  Credit Control Corp 11821 Rock Landing Drive Newport News, VA 23606 | | J | Opened  7/01/09 Re: Riverside Emergency Physicians | | | | 350.00 |
| Account No. **xxxxxx1565**  Credit Control Corp 11821 Rock Landing Drive Newport News, VA 23606 | | J | Opened  5/01/10 Re: Riverside Emergency Physicians | | | | 350.00 |
| Account No. **xxxxxx2616**  Credit Control Corp 11821 Rock Landing Drive Newport News, VA 23606 | | J | Opened 12/01/09 Re: Emergency Physicians | | | | 350.00 |
| Account No. **xxxxxx1154**  Credit Control Corp 11821 Rock Landing Drive Newport News, VA 23606 | | J | Opened  7/01/09 Re: Riverside Emergency Physicians | | | | 254.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,654.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick James Gipsen,**  
  **Kathryn Lynne Gipson**

Case No. ___**11-50372**___

_____ ,
  Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1347**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened 10/01/09<br>Re: Emergency Physicians | | | | 254.00 |
| Account No. **xxxxxx1626**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  4/01/09<br>Re: Emergency Physicians | | | | 199.00 |
| Account No. **xxxxxx0656**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  8/01/09<br>Re: Riverside Emergency Physicians | | | | 199.00 |
| Account No. **xxxxxx1153**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  7/01/09<br>Re: Riverside Emergency Physicians | | | | 199.00 |
| Account No. **xxxxxx4130**<br><br>**Credit Control Corp**<br>**11821 Rock Landing Drive**<br>**Newport News, VA 23606** | | J | Opened  6/01/09<br>Re: Riverside Emergency Physicians | | | | 199.00 |

Sheet no. __**4**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**1,050.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
**Kathryn Lynne Gipson**

Case No. ___**11-50372**___

_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4426** <br><br> **Credit Control Corp** <br> **11821 Rock Landing Dr** <br> **Newport News, VA 23606** | | J | Opened 1/01/10 <br> Re: Peninsula Radiology  Associates | | | | 152.00 |
| Account No. **xxxxxx3169** <br><br> **Credit Control Corp** <br> **11821 Rock Landing Drive** <br> **Newport News, VA 23606** | | J | Opened 9/01/09 <br> Re: Riverside Regional | | | | 111.00 |
| Account No. **xxxxxx1521** <br><br> **Credit Control Corp** <br> **11821 Rock Landing Drive** <br> **Newport News, VA 23606** | | J | Opened 6/01/09 <br> Re: Riverside Regional | | | | 100.00 |
| Account No. **xxxx6476** <br><br> **ER Solutions** <br> **PO Box 9004** <br> **Renton, WA 98057** | | H | Opened 8/01/09 <br> Re: Sprint | | | | 404.00 |
| Account No. **xxxxxxxxxxxx8888** <br><br> **Glhegc** <br> **2401 International Lane** <br> **Madison, WI 53704** | | H | Opened 8/01/09  Last Active 8/31/09 <br> Educational | | | | 13,400.00 |

Sheet no. _**5**___ of _**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,167.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
**Kathryn Lynne Gipson**

Case No. _____**11-50372**_____

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8888<br><br>Glhegc<br>2401 International Lane<br>Madison, WI 53704 | | H | Opened 8/01/09 Last Active 8/31/09<br>Educational | | | | 7,050.00 |
| Account No. xxxxxxx0001<br><br>I C System, Inc.<br>PO Box 64378<br>Saint Paul, MN 55164 | | J | Opened 4/01/07<br>Re: Great Expressions Dental Center | | | | 157.00 |
| Account No. xxxxx8001<br><br>I C System, Inc.<br>PO Box 64378<br>Saint Paul, MN 55164 | | H | Opened 12/01/05<br>Re: Oral Surgery Associates | | | | 75.00 |
| Account No. xxxxxxxx5003<br><br>Jefferson Capital Systems<br>16 Mcleland Road<br>Saint Cloud, MN 56303 | | J | Opened 12/01/07<br>Re: Allied Cash Advance | | | | 228.00 |
| Account No. xxxxxxxxxxxx6641<br><br>L.J. Ross & Associates<br>PO Box 1838<br>Ann Arbor, MI 48103 | | J | Opened 5/01/07<br>Re: Ingham Radiology Associates, PC | | | | 46.00 |

| | | |
|---|---|---|
| Sheet no. _**6**_ of _**15**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 7,556.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick James Gipsen,**      Case No. ___**11-50372**___
     **Kathryn Lynne Gipson**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6330**<br><br>**Lake Trust Credit Union**<br>**501 S. Capitol Avenue**<br>**Lansing, MI 48933** | | H | **Opened 12/01/07  Last Active  1/26/11**<br>**Deficiency from Sale of Repossessed Vehicle** | | | | **5,945.00** |
| Account No. **xxxxxxxxxxxx3066**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | J | **Opened  4/01/05**<br>**Re: Sparrow Health System** | | | | **1,990.00** |
| Account No. **xxxxxxxxxxxx2848**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | J | **Opened 11/01/05**<br>**Re: Ingham Regional Medical Center** | | | | **1,340.00** |
| Account No. **xxxxxxxxxxxx5525**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | H | **Opened 10/01/06**<br>**Re: Sparrow Health System** | | | | **1,089.00** |
| Account No. **xxxxxxxxxxxx9887**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | J | **Opened  9/01/07**<br>**Re: Sparrow Health System** | | | | **931.00** |

Sheet no. __**7**___ of __**15**___ sheets attached to Schedule of       Subtotal    **11,295.00**
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
    **Kathryn Lynne Gipson**

Case No. _____**11-50372**_____

Debtors ,

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0732<br><br>Lansing Professional B<br>100 S. Ottawa Street, Suite B<br>Saint Johns, MI 48879 | | H | Opened 7/01/06<br>Re: Sparrow Health System | | | | 271.00 |
| Account No. xxxxxxxxxxxx5758<br><br>Lansing Professional B<br>100 S. Ottawa Street, Suite B<br>Saint Johns, MI 48879 | | J | Opened 6/01/07<br>Re: Sparrow Health System | | | | 269.00 |
| Account No. xxxxxxxxxxxx0248<br><br>Lansing Professional B<br>100 S. Ottawa Street, Suite B<br>Saint Johns, MI 48879 | | J | Opened 7/01/06<br>Re: Sparrow Regional Lab | | | | 202.00 |
| Account No. xxxxxxxxxxxx2372<br><br>Lansing Professional B<br>100 S. Ottawa Street, Suite B<br>Saint Johns, MI 48879 | | H | Opened 7/01/05<br>Re: Sparrow Health System | | | | 198.00 |
| Account No. xxxxxxxxxxxx7734<br><br>Lansing Professional B<br>100 S. Ottawa Street, Suite B<br>Saint Johns, MI 48879 | | J | Opened 1/01/07 Last Active 3/07/07<br>Re: Sparrow Health System | | | | 149.00 |

Sheet no. __**8**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,089.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Derrick James Gipsen,**
     **Kathryn Lynne Gipson**

Case No. ___**11-50372**___

Debtors ,

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx5314**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | H | **Opened  6/01/07**<br>**Re :Sparrow Health System** | | | | 118.00 |
| Account No. **xxxxxxxxxxxx5102**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | J | **Opened  5/01/07**<br>**Re: Sparrow Health System** | | | | 105.00 |
| Account No. **xxxxxxxxxxxx3887**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | J | **Opened  5/01/07**<br>**Re: Sparrow Health System** | | | | 90.00 |
| Account No. **xxxxxxxxxxxx8369**<br><br>**Lansing Professional B**<br>**100 S. Ottawa Street, Suite B**<br>**Saint Johns, MI 48879** | | J | **Opened  8/01/07**<br>**Re: Sparrow Regional Laboratory** | | | | 31.00 |
| Account No. **xxx2774**<br><br>**Mid Michigan Collections**<br>**117 East Walker Street**<br>**Saint Johns, MI 48879** | | J | **Opened 10/01/07**<br>**Re: Delta Medical Center-A** | | | | 24.00 |

Sheet no. __**9**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

368.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
**Kathryn Lynne Gipson**
_____,
Debtors

Case No. ___**11-50372**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx0790** <br><br> **National Credit Systems** <br> **117 E. 24th Street** <br> **New York, NY 10010** | | H | | Re: Park City Oral Surgery | | | | 68.00 |
| Account No. **xxxx5245** <br><br> **National Recovery Agency** <br> **2491 Paxton Street** <br> **Harrisburg, PA 17111** | | J | | Opened  9/01/10 <br> Re: The Hamilton Collection, Inc. | | | | 46.00 |
| Account No. **xxxx5243** <br><br> **National Recovery Agency** <br> **2491 Paxton Street** <br> **Harrisburg, PA 17111** | | J | | Opened  9/01/10 <br> The Bradford Exchange, Ltd. | | | | 40.00 |
| Account No. **xxxx5242** <br><br> **National Recovery Agency** <br> **2491 Paxton Street** <br> **Harrisburg, PA 17111** | | J | | Opened  9/01/10 <br> Re: Bradford Editions | | | | 36.00 |
| Account No. **xxxx5246** <br><br> **National Recovery Agency** <br> **2491 Paxton Street** <br> **Harrisburg, PA 17111** | | J | | Opened  9/01/10 <br> Re: The Bradford Exchange, Ltd. | | | | 35.00 |

Sheet no. _**10**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

225.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
       **Kathryn Lynne Gipson**

Case No. ___**11-50372**___

Debtors,

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5244**  National Recovery Agency 2491 Paxton Street Harrisburg, PA 17111 | | J | Opened  9/01/10 Re: The Bradford Exchange, Ltd. | | | | 35.00 |
| Account No. **xxxx5241**  National Recovery Agency 2491 Paxton Street Harrisburg, PA 17111 | | J | Opened  9/01/10 Re: The Bradford Exchange, Ltd. | | | | 35.00 |
| Account No. **xxxx7917**  NCO Attn: Bankruptcy 507 Prudential Road Horsham, PA 19044 | | J | Opened  1/01/09 Re: Northwest Emergency Physicians, Inc. | | | | 477.00 |
| Account No. **xxxx7919**  NCO Attn: Bankruptcy 507 Prudential Road Horsham, PA 19044 | | J | Opened  1/01/09 Re: Northwest Emergency Physicians, Inc. | | | | 440.00 |
| Account No. **xxxx2040**  NCO Attn: Bankruptcy 507 Prudential Road Horsham, PA 19044 | | H | Opened  5/01/09 Re: Northwest Emergency Physicians, Inc. | | | | 309.00 |

Sheet no. __**11**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,296.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
    **Kathryn Lynne Gipson**

Case No. _____**11-50372**_____

Debtors ,

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1981** <br><br>**NCO** <br>**Attn: Bankruptcy** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | J | **Opened  5/01/09** <br>**Re: Northwest Emergency Physicians, Inc.** | | | | 198.00 |
| Account No. **xxxx7916** <br><br>**NCO** <br>**Attn: Bankruptcy** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | J | **Opened  1/01/09** <br>**Re: Northwest Emergency Physicians, Inc.** | | | | 190.00 |
| Account No. **xxxx8196** <br><br>**NCO** <br>**Attn: Bankruptcy** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | H | **Opened 11/01/08** <br>**Re: Emergency Medical Associates** | | | | 150.00 |
| Account No. **xxxx7120** <br><br>**NCO** <br>**Attn: Bankruptcy** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | H | **Opened 10/01/08** <br>**Re: Emergency Medical Associates** | | | | 125.00 |
| Account No. **xxxx7918** <br><br>**NCO** <br>**Attn: Bankruptcy** <br>**507 Prudential Road** <br>**Horsham, PA 19044** | | J | **Opened  1/01/09** <br>**Re: Northwest Emergency Physicians, Inc.** | | | | 85.00 |

Husband, Wife, Joint, or Community

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

748.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
**Kathryn Lynne Gipson**

Case No. _____**11-50372**_____

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0152**<br><br>**NSA/Grandmas Kitchen**<br>**P.O. Box 26599**<br>**Lehigh Valley, PA 18002** | | J | 2010<br>**Charge Account** | | | | 27.22 |
| Account No. **xxxx82LT**<br><br>**Patricia M. Lippincott**<br>**420 West Sheridan Rd**<br>**Lansing, MI 48906** | | J | 7/9/2002<br>**Judgment in Ingham County General District Court 022582LT** | | | | 1,187.00 |
| Account No. **xxx7047**<br><br>**Penn Credit Corporation**<br>**P.O. Box 988**<br>**Harrisburg, PA 17108** | | J | 2010<br>**Charge Account** | | | | 15.99 |
| Account No. **xxxx-xxxx-xxxx-1324**<br><br>**Portfolio Recovery Associates**<br>**P.O. Box 12914**<br>**Norfolk, VA 23541** | | J | 2010<br>**Collection Account** | | | | 1,589.72 |
| Account No. **EPU0**<br><br>**Rocky Mountain Services**<br>**PO Box 459**<br>**Rock Springs, WY 82902** | | J | 6/2008<br>**Re: Questar Gasrock Springs** | | | | 241.00 |

Sheet no. _**13**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,060.93

B6F (Official Form 6F) (12/07) - Cont.

In re   **Derrick James Gipsen,**
     **Kathryn Lynne Gipson**

Case No.   **11-50372**

Debtors ,

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx82N1**<br><br>**Senex Services Corporation**<br>**Attn: Bankruptcy**<br>**PO Box 90199**<br>**Indianapolis, IN 46290** | | H | **Opened 7/01/08**<br>**Re: Ingham Regional Medical Center** | | | | 152.00 |
| Account No. **xxxxxx90N1**<br><br>**Senex Services Corporation**<br>**Attn: Bankruptcy**<br>**PO Box 90199**<br>**Indianapolis, IN 46290** | | H | **Opened 10/01/08**<br>**Re: Mclaren Medical Management** | | | | 94.00 |
| Account No. **xxx-xx-xx10 DC**<br><br>**Social Security Administration**<br>**Attn: Bankruptcy**<br>**11706 Jefferson Avenue**<br>**Newport News, VA 23606** | | J | **2009 - 2010**<br>**Social Security Disability Benefit Overpayments** | | | | 6,000.00 |
| Account No. **xxxxxxx7700**<br><br>**Sterling Church St. Furniture**<br>**1305 Baker Road**<br>**Virginia Beach, VA 23455** | | J | **12/23/2008**<br>**Judgment in Virginia Beach General District Court GV0805387700** | | | | 430.00 |
| Account No. **xxxxxx4547**<br><br>**Tridentasset.com**<br>**5755 Northpoint Parkway**<br>**Alpharetta, GA 30022** | | H | **Opened 3/01/10**<br>**Re: Columbia House DVD** | | | | 115.00 |

Sheet no. _**14**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,791.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Derrick James Gipsen,**
**Kathryn Lynne Gipson**

Case No. **11-50372**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3139**<br><br>**True Logic Financial Corp.**<br>**P.O. Box 4387**<br>**Englewood, CO 80155** | | J | | **2010**<br>**Charge Account** | | | | 959.82 |
| Account No. **xxxx-xxxx-xxxx-4099**<br><br>**True Logic Financial Corp.**<br>**P.O. Box 4387**<br>**Englewood, CO 80155** | | J | | **2010**<br>**Charge Account** | | | | 546.79 |
| Account No. **xxxxx6698**<br><br>**Universal Fidelity, LP**<br>**P.O. Box 941911**<br>**Houston, TX 77094** | | J | | **2010**<br>**Charge Account** | | | | 80.89 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,587.50 |
| Total (Report on Summary of Schedules) | | 56,661.96 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

05/11 12:31PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re
**Derrick James Gipsen
Kathryn Lynne Gipson**

Debtor(s)

Case No.    **11-50372**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**30**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April  5, 2011**          Signature    **/s/ Derrick James Gipsen**
                                              **Derrick James Gipsen**
                                              Debtor

Date  **April  5, 2011**          Signature    **/s/ Kathryn Lynne Gipson**
                                              **Kathryn Lynne Gipson**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Derrick James Gipsen**
**Kathryn Lynne Gipson** _____    Case No.    **11-50372**
Debtor(s)    Chapter    **7**

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: _____]*
Check if applicable: ☐ Soc. Sec. No. amended. **[If applicable: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**

☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☐ Schedule A - Real Property
☐ Schedule B - Personal Property
☐ Schedule C - Property Claimed as Exempt
☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 (*$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.*) **Check applicable statement(s):**
  ☒ **Creditor(s) added**    ☐ **Creditor(s) deleted**
  ☐ **Change in amounts owed or classification of debt**
  ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**

☐ Schedule G- Executory Contracts and Unexpired Leases
☐ Schedule H - Codebtors
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

☐ Statement of Financial Affairs
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Chapter 11 List of Equity Security Holders
☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☐ Disclosure of Compensation of Attorney for Debtor
☐ Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows:    **Social Security Administration & Bank of America**    .

Date:  **April 5, 2011** _____

_____ **/s/ Richard Oulton** _____
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:    **29640**
Mailing Address: **The Debt Law Group, PLLC**
**7825 Midlothian Turnpike**
**Suite 104**
**Richmond, VA 23235**
Telephone No.:    **(804) 658-1142**

I, **Derrick James Gipsen , Kathryn Lynne Gipson** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.
Date:  **April 5, 2011**        **/s/ Derrick James Gipsen**
**/s/ Kathryn Lynne Gipson**

[amendcs ver. 10/2007]

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Virginia

| | |
|---|---|
| In re | **Derrick James Gipsen**<br>**Kathryn Lynne Gipson** |

Debtor(s)

Case No.    **11-50372**

Chapter    **7**

**TO:**

**Social Security Administration**
**11706 Jefferson Avenue**
**Newport News, Virginia 23606**

**Bank of America**
**14366 Warwick Boulevard**
**Newport News, Virginia 23602**

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Derrick James Gipsen**
**Kathryn Lynne Gipson**

Date:    **April 5, 2011**

By    **/s/ Richard Oulton**

Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.:    **29640**
Address:    **The Debt Law Group, PLLC**
**7825 Midlothian Turnpike**
**Suite 104**
**Richmond, VA 23235**
Telephone No.:    **(804) 658-1142**

## CERTIFICATION

I certify that on    **April 5, 2011**    , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

**/s/ Richard Oulton**

**Richard Oulton 29640**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01 ]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Derrick James Gipsen**
**Kathryn Lynne Gipson**

Case No.   **11-50372**

Chapter   **7**

Debtor(s)

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date   **April  5, 2011**            Signature   **/s/ Derrick James Gipsen**

**Derrick James Gipsen**

Debtor

Date   **April  5, 2011**            Signature   **/s/ Kathryn Lynne Gipson**

**Kathryn Lynne Gipson**

Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571